TALKINGTON et al. v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit.   June 16, 1915.)

No. 4357.

INDIANS ⬤⟿38—INTRODUCTION OF LIQUOR INTO INDIAN COUNTRY—PROSECU-
TION.

Failure to prove that the introduction was by accused is fatal to a pros-
ecution for introducing liquor into a part of the state of Oklahoma which
was formerly part of the Indian Territory.

[Ed. Note.—For other cases, see Indians, Cent. Dig. §§ 22, 64, 66; Dec.
Dig. ⬤⟿38.

Introducing intoxicating liquors into Indian country, see note to Joplin
Mercantile Co. v. United States, 131 C. C. A. 171.]

In Error to the District Court of the United States for the East-
ern District of Oklahoma; Ralph E. Campbell, Judge.

Criminal prosecution by the United States against Steve Talkington
and Joe Bastine. Judgment of conviction, and defendants bring error.
Reversed.

Guy H. Sigler, of Ardmore, Okl. (William Pfeiffer, of Ardmore,
Okl., on the brief), for plaintiffs in error.

W. P. McGinnis, Sp. Asst. U. S. Atty., of Muskogee, Okl. (D. H.
Linebaugh, U. S. Atty, of Muskogee, Okl., and C. W. Miller, Sp. Asst.
U. S. Atty., of Holdenville, Okl., on the brief), for the United States.

Before SANBORN and CARLAND, Circuit Judges, and TRIE-
BER, District Judge.

PER CURIAM. Talkington and Bastine were tried, convicted, and
sentenced for introducing into the county of Carter, state of Oklahoma,
from without the state of Oklahoma intoxicating liquor. At the close
of all the evidence counsel for defendants demurred to the evidence
offered by the government for the reason that the same was insuffi-
cient to convict them of the offense charged in the indictment. The
demurrers were overruled and an exception taken.

We have carefully read the testimony, and are of the opinion that
the demurrers should have been sustained. There was a failure of
evidence to show that the defendants introduced the liquor as charged.
Chambliss v. United States, 218 Fed. 154, 132 C. C. A. 112; Lewellen
v. United States, 223 Fed. 18, —— C. C. A. ——; Moore v. United
States, 224 Fed. 95, —— C. C. A. ——; Sellers v. United States, 222
Fed. 1023, —— C. C. A. ——; Crites v. United States, 222 Fed. 1022,
—— C. C. A. ——; Cecil v. United States, 225 Fed. 368, —— C. C. A.
——; Parks v. United States, 225 Fed. 369, —— C. C. A. ——.

The judgment of the lower court is reversed, and a new trial ordered.